IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-061 (02) (RCL) |
| | ) | |
| ALONZO PATRICK | ) | |

MOTION FOR LEAVE TO ADOPT AND CONFORM
PRETRIAL MOTIONS OF CO-DEFENDANTS

    The Defendant, Alonzo Patrick, through undersigned counsel, respectfully moves the court to grant him leave to adopt and conform certain pretrial motions of his co-defendants. As grounds for this motion, Mr. Patrick relies upon the attached Memorandum of Points and Authorities.

    Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Cr. No. 06-061 (02) (RCL) |
| | ) |
| **ALONZO PATRICK** | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR LEAVE TO ADOPT AND CONFORM
<u>PRETRIAL MOTIONS OF CO-DEFENDANTS</u>**

    1.  The defendant has reviewed the severance motions of his co-defendants and the Government's Oppositions thereto.  The defendant recognizes that the law favors joint trials in these instances; however, the defendant seeks to reserve his right to request a severance of defendants and counts should another basis become available at a later date.

    WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

    Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007