**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Cr. No. 06-061 (02) (RCL)** |
| | ) | |
| **ALONZO PATRICK** | ) | |

**ORDER**

Upon consideration of the Defendant's Motion For Leave To Adopt And Conform

Pretrial Motions of Co-Defendants and the record herein, it is this _____ day of _____,

2006 be and hereby is

ORDERED, that said motion is Granted.

SO ORDERED.

_____
Royce C. Lamberth
United States District Judge

copies to:
Michael T. Truscott, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004