IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-061 (02) (RCL) |
| | ) | |
| ALONZO PATRICK | ) | |

## MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS LATE

The Defendant, Alonzo Patrick, through undersigned counsel, respectfully moves the court to grant him leave to file this pretrial motions late. As grounds for this motion, Mr. Patrick relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-061 (02) (RCL) |
| | ) | |
| ALONZO PATRICK | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR LEAVE TO FILE PRETRIAL MOTIONS LATE**

    1. A status hearing was held in this matter on March 24, 2006 and the parties were given thirty days to file pretrial motions, or on or before April 24, 2006.

    2. Prior to that date, counsel was unable to meet with her client to discuss the discovery and pretrial motions due to her client's work schedule and his required conditions of release.

    3. Counsel was then out of the jurisdiction the week of April 24 and parts of the following two weeks.

    4. Mr. Patrick, his attorney and investigator were unable to have lengthy discussions about this case until May 4, 2006.

    5. Counsel's Court schedule since that time has made it difficult for motions to be filed before this date.

    6. The parties are in the midst of plea negotiations. Since the Government anticipates submitting wired plea offers to all co-defendants, undersigned counsel has indicated to the prosecution that the defendant agrees to extend time for him to respond to any of the defendant's motions until it is determined whether a disposition in this matter may occur.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted.

Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007