IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-061 (02) (RCL) |
| ) | |
| ALONZO PATRICK ) | |

**ORDER**

Upon consideration of the Defendant's Corrected Consent Motion For Leave To File Pretrial Motions Late and the record herein, it is this ____ day of _____, 2006 be and hereby is

ORDERED, that said motion is Granted and the defendant's pretrial motions shall be accepted for filing.

SO ORDERED.

_____
Royce C. Lamberth
United States District Judge

copies to:
Michael T. Truscott, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004