IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 06-061 (02) (RCL) |
| ) | |
| ALONZO PATRICK ) | |

## MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE

The Defendant, Alonzo Patrick, through undersigned counsel, respectfully moves this court to reconsider his conditions of release and place him on personal recognizance. As grounds for this motion, Mr. Patrick relies upon the attached Memorandum of Points and Authorities.

Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 06-061 (02) (RCL) |
| | ) | |
| ALONZO PATRICK | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR RECONSIDERATION OF CONDITIONS OF RELEASE**

    1. Alonzo Patrick has been charged in this indictment with a sole count of Unlawful Possession With Intent To Distribute 5 Grams Or More Of Cocaine Base in violation of 21 U.S.C.§841(B)(1)(b)(iii) and with Aiding and Abetting. He is not charged with a drug conspiracy.

    2. He was initially presented on these charges before the Honorable Deborah Robinson who dismissed them when the Government failed to prosecute in a timely manner.

    3. When the indictment was returned, Mr. Patrick was responsive to counsel and voluntarily reported to Court for the arraignment. At that time, he was placed in high intensity supervision and was required to meet certain curfew and drug treatment conditions. His counselor reports that he is in strict compliance with all of his conditions.

    4. The defendant has no dirty drug tests or curfew violations. He has made all Court appearances on time.

    5. Mr. Patrick is employed at RFK Stadium. Because of his curfew condition, he is

unable to work the night baseball games which has created some issues with his employer.

6. He is a lifelong resident of the District of Columbia and lives with his family.

WHEREFORE, for the above reasons, the defendant requests that said motion be granted and that he be placed on personal recognizance with the condition that he continue drug testing, or in the alternative, the defendant requests that the curfew requirement be removed so that he may work at night, when required by his employer.

Respectfully submitted,

_____
DIANE S. LEPLEY
Counsel for Alonzo Patrick
400 7th Street, N.W., Suite 400
Washington, D. C. 20004
202/393-0007