IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Cr. No. 06-061 (02) (RCL) |
| ) | |
| **ALONZO PATRICK** ) | |

**ORDER**

Upon consideration of the Defendant's Motion For Reconsideration of Conditions Of Release and the record herein, it is this _____ day of _____, 2006 be and hereby is

ORDERED, that said motion is Granted.

SO ORDERED.

 

_____
Royce C. Lamberth
United States District Judge

copies to:
Michael T. Truscott, Esquire
Assistant United States Attorney

Diane S. Lepley, Esquire
400 Seventh Street, N.W., Suite 400
Washington, D.C.  20004