UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>v. )<br> )<br>ALONZO J. PATRICK, )<br> )<br>Defendant. )<br> ) | Criminal No. 06-0061-02 (RCL) |

## ORDER

Defendant was released by this Court under the supervision of Pretrial Services Agency (PSA) District Court Unit with the release condition that he report weekly to PSA room C-220 for program placement by PSA. On two separate instances since that time, however, defendant was arrested by the Metropolitan Police Department for narcotics violations, and is currently being held for those charges without bond. Based upon these facts, PSA submitted a report recommending that this Court conduct a Show Cause Hearing.

Accordingly, upon consideration of the facts listed herein and the report submitted by Pretrial Services Agency, it is hereby

ORDERED that defendant shall show cause at a hearing before this Court as to why the conditions of his release should not be revoked based upon the PSA report; and it is further

ORDERED that the show cause hearing shall take place on Wednesday, October 25, 2006, at 5:00pm.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 23, 2006.