HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-61-02 |
| | : | |
| vs. | : | SSN: |
| | : | |
| PATRICK, Alonzo | : | Disclosure Date: October 13, 2006 |

**RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT**

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

Prosecuting Attorney ____ Date ____

**For the Defendant**

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein. but see letter

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

[signature] 10-23-06
Defendant Date

[signature] 11/17/06
[signature] 10/23/06
Defense Counsel Date

**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **October 27, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:** Gennine A. Hagar, Acting Chief
United States Probation Officer

Signed by: ______________________
(Defendant/Defense Attorney/AUSA)

Date: ______________________



400 Seventh Street, N.W. ❑ Suite 400 ❑ Washington, D.C. 20004

By facsimile (202) 273-0242

October 23, 2006

Ms. Tennille Losch
United States Probation Officer
United States Probation Office
3rd and Constitution Avenues, N.W.
Washington, D. C. 20001

RE: **Pre-Sentence Investigation Report of Alonzo Patrick**

Dear Ms. Losch:

I have had an opportunity to review the report with my client, Alonzo Patrick. We have found no material/factual inaccuracies. However, please be advised that my client now weighs 184 pounds (¶34) and he has no recollection of ever having used the name, Gary Dwayne Anthony, that is indicated on page 2.

Attached is the executed acknowledgment form. If you have any questions, please do not hesitate to contact me.

Sincerely yours,

Diane S. Lepley

Enclosure
cc: Michael Truscott, Esquire

(202) 393-0007 ❑ (fax) (202) 628-0249 ❑ dslepley@smart.net