UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR 06-061-02 (RCL) |
| **ALONZO PATRICK** | : | |

### UNOPPOSED MOTION TO REDUCE SENTENCE

Pursuant to 18 U.S.C. § 3582(c)(2), Mr. Alonzo Patrick, through undersigned counsel, respectfully moves this Honorable Court to reduce his sentence of 15 months incarceration to a term of 10 months. In support of this motion, counsel states:

1. On November 17, 2006, the Court sentenced Mr. Patrick to a 15 month term of incarceration on the charge of unlawful possession with intent to distribute cocaine base. This sentence was based on a finding that the applicable sentencing range under the United States Sentencing Guidelines was 15 to 21 months (criminal history category III, offense level 12). The Court sentenced Mr. Patrick to a term of incarceration at the bottom of that range.

2. Effective November 1, 2007, the United States Sentencing Commission amended and lowered the base offense levels by two points for offenses involving crack cocaine. U.S.S.G., Supplement to Appendix C, Amendments 706, 711 (Nov. 1, 2007). Section 3582(c)(2) of Title 18 of the United States Code states that the Court is authorized to reduce the term of imprisonment imposed "in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission . . . if such a reduction is consistent with applicable policy statements issued by the Commission." 18 U.S.C. § 3582(c)(2). On December 11, 2007, the Sentencing Commission

voted to give retroactive effect to the amendments reducing the crack cocaine sentencing ranges by adding these amendments to the list of amendments in U.S.S.G. § 1B1.10, effective March 3, 2008.

3. The amendments reduce the sentencing guidelines range applicable to Mr. Patrick to 10 to 16 months. Mr. Patrick has now served a period of incarceration greater than 10 months bottom of that range. According to the Bureau of Prisons, Mr. Patrick's current projected release date is September 2, 2008. A sentence at the bottom of the new range would reduce Mr. Patrick's sentence by 4 months. A proposed order accompanies this motion reflecting the sentence computations in Mr. Patrick's case.

4. Undersigned counsel has consulted with Assistant United States Attorney Robert Okun, who represented that the government does not oppose this motion. The government takes the position that Mr. Patrick cannot be released prior to March 3, 2008, the effective date of the amendment to § 1B1.10. However, the government agrees that the Court can issue the attached proposed order prior to March 3rd, in order to avoid any delay in Mr. Patrick's release.

5. At the request of the government, the Probation Office and the Bureau of Prisons, the attached proposed order provides that Mr. Patrick may be held for a period of up to ten days after the signing of the order, to enable the Bureau of Prisons to comply with pre-release procedures.

WHEREFORE, for the foregoing reasons, Mr. Patrick respectfully requests that the Court reduce his sentence from a 15 month term of imprisonment to a term of 10 months. A proposed order is attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500