AO 245___  Order Regarding Motion for Sentence Reduction
           Sheet 1

## UNITED STATES DISTRICT COURT
District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) |
| V. | |
| ALONZO PATRICK | Case Number:  CR 06-061 (RCL) |
| | USM Number:  34425-007 |
| Date of Original Judgment: Nov. 27, 2006 | Mary M. Petras |
| (Or Date of Last Amended Judgment) | Defendant's Attorney |

**FILED**
MAR 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon motion of  X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of
      _15_ months is reduced to <u>a term of 10 months</u>.

Provided that, if prior to March 3, 2008, a law is enacted repealing the U.S. Sentencing Commission's December 2007 decision to make retroactive Amendments 706 and 711 to the Sentencing Guidelines, this Order shall have no effect.

### I. COURT DETERMINATION OF GUIDELINE RANGE

| | |
|---|---|
| Previous Offense Level: _12_ | Amended Offense Level: _10_ |
| Criminal History Category: III | Criminal History Category: III |
| Previous Guideline Range: _15_ to _21_ months | Amended Guideline Range: _10_ to _16_ months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

X The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the
    time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

### III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

  The defendant may be held for a period of up to ten days after the signing of this order, to enable the Bureau of Prisons to comply with pre-release procedures.

  Halfway house placement at the discretion of Probation Office, if deemed necessary to aid the inmate's community reintegration.

Except as provided above, all provisions of the judgment dated  11/27/06  shall remain in effect.
**IT IS SO ORDERED.**

3/19/08
Date

*Royce C. Lamberth*
Signature of Judge

Royce C. Lamberth, U.S.D.J.
Name and Title of Judge